| Query | Reports | Utilities | Help | What's New | Log Out |

VICWIT

# U.S. District Court
# Western District of North Carolina (Charlotte)
# CRIMINAL DOCKET FOR CASE #: 3:25-cr-00261-KDB-DCK-1

Case title: USA v. Pope                                    Date Filed: 09/18/2025

Assigned to: District Judge Kenneth D. Bell
Referred to: US Magistrate Judge David Keesler

**Defendant (1)**

**Dashawn Alexander Pope**

**Pending Counts**                                          **Disposition**

18:922(g)(1) - POSSESSION OF A
FIREARM BY A CONVICTED FELON
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

None

**Plaintiff**

USA                                          represented by  **Stephanie Laboy Spaugh**
                                                             US Attorney's Office
                                                             227 W Trade Street
                                                             Suite 1650
                                                             Charlotte, NC 28202
                                                             704-344-6222
                                                             Email: stephanie.spaugh@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**Benjamin Bain-Creed**
U.S. Attorney's Office
227 West Trade Street
Carillon Building, Suite 1650
Charlotte, NC 28202
704-338-3123
Fax: 704-344-6629
Email: benjamin.bain-creed@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2025 | 1 | INDICTMENT as to Dashawn Alexander Pope (1) count(s) 1. (Attachments: # 1 Unredacted Signature Page, # 2 Cover Sheet, # 3 Penalty Sheet) (brl) (Entered: 09/18/2025) |
| 09/18/2025 | 2 | Arrest Warrant Issued *(Sealed - Case Participants)* in case as to Dashawn Alexander Pope. (Attachments: # 1 Warrant Page Identifier)(brl) (Entered: 09/18/2025) |
| 09/18/2025 | | **Standing Order Regarding Use of Artificial Intelligence (3:24-mc-104). Click on this link to retrieve the Standing Order** (brl) (Entered: 09/18/2025) |
| 09/23/2025 | 3 | NOTICE OF ATTORNEY APPEARANCE Benjamin Bain-Creed appearing for USA. (Bain-Creed, Benjamin) (Entered: 09/23/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

SEP 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-cr-261-KDB |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| | ) | Violation:   18 U.S.C. § 922(g)(1) |
| DASHAWN ALEXANDER POPE | ) | |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about May 17, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DASHAWN ALEXANDER POPE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, that is, a Palmetto State Armory, model Rock, 5.7 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Palmetto State Armory, model Rock, 5.7 caliber pistol, magazine, and ammunition seized during the investigation.

A TRUE BILL

███████████
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

*[signature]*
STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY